MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, | ) Case No.:  1:09-CV-1090-OWW-DLB |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING<br>) MOTION TO INTERVENE |
| UNITED STATES NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*, | ) |
| Defendants. | ) |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al*., | ) |
| Defendant-Intervenors. | ) |

**[PROPOSED] ORDER**

Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe ("Proposed Intervenors") have moved to Intervene as defendants in this matter. The motion was heard on August 31, 2009. Based upon the record and for good cause showing, the Court hereby ORDERS that the motion is GRANTED. Proposed Intervenors shall be allowed to intervene for all purposes in this litigation as of right pursuant to Fed. R. Civ. P. 24(a). The Proposed Answer lodged by Proposed Intervenors with their Motion to Intervene shall be filed as the parties' answer.

DATED: 9/2/2009         /s/ OLIVER W.WANGER
                        HON. OLIVER W. WANGER
                        UNITED STATES DISTRICT JUDGE

Pursuant to Local Rule 5-137, the form of this Proposed Order has been approved by all parties.

DATED: September 2, 2009      /s/ Erin M. Tobin
MICHAEL R. SHERWOOD
ERIN M. TOBIN

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE
DOUG OBEGI

Attorneys for Defendant-Intervenor NRDC


HERUM\CRABTREE
*A California Professional Corporation*

/s/ Alexis K. Galbraith (w/permission 9-1-09)
ALEXIS K. GALBRAITH
2291 West March Lane, Suite B-100
Stockton, CA 95207
Telephone: (209) 472-7700


JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney

/s/ Bridget Kennedy McNeil (w/permission 9-2-09)
BRIDGET KENNEDY McNEIL
(CO State Bar 034299)
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants